UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:17-cv-00260-EBA

JASON W. ABNEY, individually &
on behalf of all similarly situated,                                                   PLAINTIFFS,

v.                                              **ORDER**

R.J. CORMAN RAILROAD
GROUP, LLC,                                                                            DEFENDANT.

The Court has reviewed the terms of the Settlement Agreement reached by the plaintiffs who filed consent forms in this action ("Opt-in Plaintiffs"), on one hand, and RJ Corman Railroad Group, LLC ("RJ Corman"), on the other. The Court is satisfied that the settlement reached is a fair and reasonable resolution of disputed issues under the Fair Labor Standards Act.

ACCORDINGLY, it is hereby ORDERED AND ADJUDGED as follows:

1. The Settlement Agreement is APPROVED, including, but not limited to, the distribution of settlement payments determined by Opt-in Plaintiffs' counsel and the attorneys' fees and costs apportioned to Opt-in Plaintiffs' counsel;

2. The Court DISMISSES WITH PREJUDICE all Opt-in Plaintiffs;

3. The Court further DISMISSES WITH PREJUDICE this action and the claims of all Opt-in Plaintiffs that were raised or that could have been raised in this action;

4. The telephone conference calls previously scheduled for February 20, 2018, at 1:00 p.m., and March 5, 2018, at 1:00 p.m., are HEREBY CANCELLED; and

5. Without affecting the finality of this Final Order and Judgment in any way, the Court retains continuing and exclusive jurisdiction over this action for purposes of resolving

issues relating to administration, implementation, and enforcement of the Settlement Agreement.

This the 7th day of February, 2018.

